FILED JULY 31, 2008
08CV4348
JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON
EDA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ASAD AHMED SHAH,** ) <br> File No. 047 703 244, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MICHAEL MUKASEY**, U.S. Attorney General, ) <br> Department of Homeland Security**;** ) <br> **EMILIO T. GONZALES**, Director of ) <br> U.S. Citizenship & Immigration Services, ) <br>     Defendants. ) | CASE NO. <br><br><br> JUDGE <br><br><br><br> MAGISTRATE |

## COMPLAINT FOR MANDAMUS

NOW COMES the Plaintiff, Asad Ahmed Shah, by and through his attorney, Bonita B. Hwang Cho, Law Offices of Cheng, Cho & Yee, P.C., and complaining of Defendants, states as follows:

## JURISDICTION

1.  This is a civil action brought pursuant to 5 U.S.C. § 704 and 28 U.S.C. § 1331 and § 1361, to compel the Defendants, Emilio T. Gonzales and the U.S. Citizenship & Immigration Services, under the Department of Homeland Security, to accord Plaintiff the due process of law and constitutionally fair procedures in the application process to which he is entitled pursuant to the Fifth Amendment to the Constitution of the United States.

2.  This action is brought to compel Defendants and those acting under them to adjudicate an N-400 Application for Naturalization filed by Plaintiff, Asad Ahmed Shah, (hereinafter "Shah"), which was filed nearly 1 and a half years ago.

## PARTIES

3. Shah is a Pakistani citizen and holds lawful permanent resident status.

4. Defendant Emilio T. Gonzales is the District Director of Citizenship & Immigration Services ("CIS") for the District of Chicago, and is empowered to adjudicate visa petitions and naturalization applications.

## FACTS

5. On August 21, 2006, Shah filed an N-400 Application for Naturalization (Exhibit "A").

6. Shah went to his biometrics appointment on September 6, 2006 (Exhibit "B").

7. Shah has not received any further information since September 6, 2006 and has not received an interview date for his N-400 application.

8. It has been over one and a half years, and Shah has still not been scheduled for an interview on his N-400 application even though Shah is entirely eligible for naturalization.

## CLAIMS

9. Defendants have willfully and unreasonably delayed and refused to schedule Plaintiff's interview on the N-400 Application for Naturalization without any valid cause. Defendant, Emilio T Gonzales, has the authority to schedule adjudicate said application.

10. "District directors are delegated the authority to grant or deny any application or petition submitted to the Service, except for matters delegated to asylum officers pursuant to part 208 and § 253.1(f) of this chapter, or exclusively delegated to service center directors ...." 8 C.F.R. § 103.1(g)(2)(ii)(B).

11. Thus, Defendants have jurisdiction and are entirely empowered to schedule and adjudicate Plaintiff's case, but are unwilling to do so.

12. Plaintiff is entitled to due process of law and constitutionally fair procedures in the application process pursuant to the Fifth Amendment to the Constitution of the United States and inaction on applications is a denial of due process of law and is constitutionally unfair.

13. Defendants owe Plaintiff a duty to adjudicate Plaintiff's N-400 Application for Naturalization in a timely manner, and Defendants have unreasonably failed to perform that duty. Defendants do not have the discretion to refuse to adjudicate any petition.

14. Defendants' refusal to schedule for an interview and adjudicate Plaintiff's case has deprived Shah of the benefits of citizenship in the United States.

15. No administrative remedy is available to the Plaintiff to compel the CIS to do its job and prevent needless delay and inaction from which the Plaintiff is now suffering.

16. Rendering a decision on an N-400 Application for Naturalization is a purely ministerial, non-discretionary act which the CIS District Director is compelled to do in fulfilling the duties of his office.

17. Defendants' actions are without substantial justification. Defendants, by refusing to adjudicate Plaintiff's application, have forced Plaintiff to resort to this Court for relief, and Plaintiff is entitled to attorneys fees pursuant to the Equal Access to Justice Act.

WHEREFORE, the Plaintiff prays that this Court:

1. Compel Defendants and those acting under them to immediately perform their duty to schedule an interview and adjudicate the N-400 Application for Naturalization filed by Plaintiff;

2. Declare that there are no just grounds for the Service to refuse to adjudicate Plaintiff's application;

3. Grant attorneys' fees and costs of court under the Equal Access to Justice Act;

4. Grant such other and further relief as is fit and proper.

        Respectfully submitted,
        **ASAD AHMED SHAH**


        By:  s/ Bonita B. Hwang Cho _
            One of his attorneys

Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. La Salle Street, Suite 1618
Chicago, Illinois 60602
(312) 853-3088
bcho@lawyersimmigration.com

### CERTIFICATE OF SERVICE

I, Bonita B. Hwang Cho, the attorney, hereby certify that on the 29th day of July, 2008, a **Complaint for Mandamus** was served to:

Michael Mukasey, U.S. Attorney General
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

and

Emilio Gonzales, Director of U.S. CIS
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

and

Patrick J. Fitzgerald
U.S. Attorney
Northern District of Illinois
219 South Dearborn, Suite 5000
Chicago, IL 60604


Attorney for Plaintiff
Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. La Salle Street, Suite 1618
Chicago, Illinois 60602
(312) 853-3088

| Department of Homeland Security<br>U.S. Citizenship and Immigration Services | 08CV4348 | | I-797C, Notice of Action |
|---|---|---|---|

| Receipt | JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE MASON<br>EDA | | NOTICE DATE<br>August 28, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400　Application For Naturalization | | | USCIS A#<br>A 047 703 244 |
| APPLICATION NUMBER<br>LIN*000945371 | RECEIVED DATE<br>August 21, 2006 | PRIORITY DATE<br>August 21, 2006 | PAGE<br>1 of 1 |
| APPLICANT NAME AND MAILING ADDRESS<br>ASAD AHMED SHAH<br># A1<br>1922 W PRATT BLVD<br>CHICAGO IL 60626 | PAYMENT INFORMATION:<br><br>Single Application Fee:　　$400.00<br>Total Amount Received:　　$400.00<br>Total Balance Due:　　　　　$0.00 | | |

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:　　　　　　　December 04, 1964
Address Where You Live:　1922 W PRATT BLVD # A1
　　　　　　　　　　　　　　　CHICAGO IL 60626

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit USCIS at www.uscis.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

USCIS Office Address:
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
PO BOX 87400
LINCOLN NE 68501-

USCIS Customer Service Number:
(800) 375-5283

APPLICANT COPY

LIN$000890659

Form I-797C (Rev. 01/31/05) N

| Department of Homeland Security U.S. Citizenship and Immigration Services | 08CV4348 | I-797C, Notice of Action |
|---|---|---|

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | JUDGE GOTTSCHALL MAGISTRATE JUDGE MASON EDA | NOTICE DATE August 28, 2006 |
|---|---|---|
| CASE TYPE N400 Application For Naturalization | | USCIS A# A 047 703 244 |
| APPLICATION NUMBER LIN*000945371 | RECEIVED DATE August 21, 2006 | PRIORITY DATE August 21, 2006 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

ASAD AHMED SHAH
# A1
1922 W PRATT BLVD
CHICAGO IL 60626

SEP 6 2006

To process your application, USCIS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
CIS BROADWAY
4853 N. BROADWAY
CHICAGO IL 60640

**DATE AND TIME OF APPOINTMENT**
09/06/2006
11:00 AM

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☐ Wednesday afternoon  ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS BROADWAY
4853 N. BROADWAY
CHICAGO IL 60640

ASC SITE CODE: 
BIOMETRICS QA REVIEW BY: RYC
ON
TENPRINT QA REVIEW: 9-6-06

If you have any questions regarding this notice, please call 1-800-375-5283.   **APPLICANT COPY**

APPLICATION NUMBER
LIN*000945371

**WARNING!**
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

Form I-797C (Rev. 01/31/05) N