# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Asad Ahmed Shah, Individually, Plaintiff

V.

Michael Mukasey, U.S. Attorney General, et. al.

CASE NUMBER: 08CV4348

ASSIGNED JUDGE: JUDGE GOTTSCHALL

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON EDA

TO: (Name and address of Defendant)

Emilio Gonzalez, Director of U.S. Citizenship & Immigration Services
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. La Salle St., Suite 1618
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_

(By) DEPUTY CLERK

July 31, 2008

Date

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/5/2008 |
| NAME OF SERVER (PRINT)  HO CHUNG | TITLE  LAW CLERK |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL W/ RETURN RECEIPT ADDRESSED TO:
   Emilio Gonzales, Director of U.S. CIS
   c/o Office of General Counsel
   U.S. Department of Homeland Security
   Washington, D.C. 20528

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/5/2008
                Date

Signature of Server

CHENG, CHO & YEE,
134 N LA SALLE ST
STE 1818
CHICAGO, IL 60602

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.