UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASAD AHMED SHAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 4348 |
| v. ) | |
| ) | |
| MICHAEL MUKASEY, Attorney General, *et al.*, ) | Judge Gottschall |
| ) | |
| Defendants. ) | |
| ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. *See* LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ James M. Kuhn, Sr.
   JAMES M. KUHN SR.
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604
   (312) 353-1877
   james.kuhn @ usdoj.gov